739 A.2d 158

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**George Bennett MELIUS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1999.

Decided Nov. 8, 1999.

David C. Wertime, Greencastle, for George Bennett Melius.

D. Michael Fisher, Atty. Gen., William H. Ryan, Jr., Executive Deputy Atty. Gen., Paul E. Von Geis, Jr., Senior Deputy Atty. Gen., Robert A. Graci, Asst. Executive Deputy Atty. Gen., Marianne Kreisher Fogelsanger, Deputy Atty. Gen., Office of Atty. Gen., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.